IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY GILBERT BAUCOM and
BRENDA LOUIS BAUCOM                                            PLAINTIFFS

        v.            Civil No. 06-5230

UNITED STATES OF AMERICA                                        DEFENDANT


**O R D E R**

Now on this 4th day of October, 2007, comes on to be considered the defendant's **Motion for Leave to File Exhibits, Brief in Support of Motion for Summary Judgment, and Statement of Material Facts under Seal (Doc. 23)**. In filing this medical malpractice action, plaintiffs have put their medical condition in issue. Thus, the Court finds that placing their medical records and information relating thereto under seal is unwarranted. The instant motion is, therefore, **DENIED**. The Court will, however, permit the filing of the subject documents to be done conventionally rather than electronically. Pursuant to § III(I) of this district's Administrative Policies and Procedures Manual for Civil Filings, any personal data identifiers contained in the subject documents should be redacted.

    **IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**